**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Valle Del Sol, Inc., et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> Terry Goddard, et al., <br><br>  Defendants. | CIV-07-2518-PHX-SMM <br><br> **ORDER** |

This case was assigned to the undersigned by random lot. Included with the filing of the Complaint was a Motion to Reassign and Consolidate, Expedited Consideration Requested [Doc 2].[1] Because this Court is recusing itself, this Court cannot rule on the Motion to Reassign and Consolidate.

This Court hereby recuses itself from this case.

**IT IS THEREFORE ORDERED** that this case and the pending motions be referred to the Clerk of the Court for reassignment by random lot.

**IT IS FURTHER ORDERED** that a copy of this Order be transmitted to the Honorable Neil. V. Wake.

DATED this 14th day of December, 2007.

*Stephen M. McNamee*
Stephen M. McNamee
United States District Judge

---

[1] It should be noted, however, that the Motion to Consolidate should be filed in case CV 07-2496-PHX-NVW. See LRCiv 42.1.